IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-00304-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| | ) | |
| KELLY LAMONT JONES | ) | |

Upon motion of the Defendant and for good cause shown, the Court hereby

ORDERS the Defendant's Sentencing Memorandum and the Court's Order approving the

motion filed herein be sealed until further order of the Court.

The Court further ORDERS that the Clerk of Court may provide copies to the

Defendant's Counsel.

This the 7th day of May 2014.

MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE